People v Garcia (2025 NY Slip Op 06619)

People v Garcia

2025 NY Slip Op 06619

Decided on November 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
FRANCESCA E. CONNOLLY
PAUL WOOTEN
PHILLIP HOM, JJ.

1998-10549
 (Ind. No. 636/98)

[*1]The People of the State of New York, respondent,
v
David Garcia, appellant.

David Garcia, Stormville, NY, appellant pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Sholom J. Twersky, and Maria Park of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 18, 2001 (People v Garcia, 284 AD2d 479), affirming a judgment of the Supreme Court, Kings County, rendered October 26, 1998.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
LASALLE, P.J., CONNOLLY, WOOTEN and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court